**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Toho Co., Ltd. | ) |
| | ) |
| Plaintiff, | ) Case No. 21-cv-06087 |
| | ) |
| v. | ) Judge Jorge L. Alonso |
| | ) |
| The Partnerships And Unincorporated | ) Magistrate Judge Susan E. Cox |
| Associations Identified on Schedule "A" | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on Monday, January 3, 2022, at 9:30 AM or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Jorge L. Alonso or any judge sitting in his stead in Courtroom 1903 of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present the following motions:

1) JUMPJISPER (154) UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND.

Respectfully submitted this 23rd day of December, 2021.

/s/ L. Ford Banister, II
Ford Banister IP
Bar No. 5446539
305 Broadway - Floor 7
New York, NY 10007
Telephone: U.S No. 212-500-3268
Email: ford@fordbanister.com
*Attorney for Defendant*

1